**Order entered December 11, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01291-CV

### IN RE JANECIA WATT, Relator

**On Appeal from the 304th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. JC-19-00707**

## ORDER

Before the Court is relator's October 23, 2019 petition for writ of mandamus. We request

that the real party in interest and respondent file their responses, if any, to the petition for writ of

mandamus by **December 23, 2019**.


        /s/  DAVID L. BRIDGES
            JUSTICE